UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

YELENA ALASKEVICH,

                Plaintiff,

  -against-                               1:04-CV-0787
                                                   (LEK/GHL)

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

**DECISION AND ORDER**

      This matter comes before the Court following a Report-Recommendation filed on July 26, 2007, by the Honorable George H. Lowe, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3(d) of the Northern District of New York. Report-Rec. (Dkt. No. 15).

      Within ten days, excluding weekends and holidays, after a party has been served with a copy of a Magistrate Judge's Report-Recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations," FED. R. CIV. P. 72(b), in compliance with L.R. 72.1. No objections have been raised in the allotted time with respect to Judge Lowe's Report-Recommendation. Furthermore, after examining the record, the Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.

1

Accordingly, it is hereby

**ORDERED**, that Judge Lowe's Report-Recommendation (Dkt. No. 15) is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

**ORDERED**, that this matter is **REMANDED** to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with the Report-Recommendation (Dkt. No. 15); and it is further

**ORDERED**, that the Clerk serve a copy of this Order on all parties.

**IT IS SO ORDERED**.

DATED: September 12, 2007
Albany, New York

*[signature]*

Lawrence E. Kahn
U.S. District Judge